**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

IN THE MATTER OF:                         CASE NO. 23-02762-RLM-13

CHRISTOPHER ALAN GRAY,                    CHAPTER 13

                  Debtor.

**APPEARANCE**

Comes now Todd Rokita, Attorney General of Indiana and enters his appearance by counsel, Heather M. Crockett, Deputy Attorney General, on behalf of Creditor, the State of Indiana on relation of the Indiana Secretary of State.

Respectfully submitted,

TODD ROKITA
Office of the Indiana Attorney General

By: /s/ Heather M. Crockett
     Heather M. Crockett, Atty. No. 26325-22
     Deputy Attorney General
     Indiana Office of Attorney General
     Indiana Government Center South, 5th Floor
     302 West Washington Street
     Indianapolis, IN  46204-2770
     Telephone: 317-233-6254
     Facsimile: 317-232-7979
     Email:  Heather.Crockett@atg.in.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing *Appearance* has been duly served upon all counsel or parties of record listed below, by ECF Notification or U.S. first class mail, postage prepaid on February 5, 2024:

Ann M. DeLaney      ECFdelaney@trustee13.com, ecfdelaney@gmail.com
Matthew W. Foster     efiling@fosterlaw.llc, mfoster@isdh.in.gov
Harley K Means     hkm@kgrlaw.com,
kwhigham@kgrlaw.com;cjs@kgrlaw.com;tfroelich@kgrlaw.com
Jason T. Mizzell     jmizzell@kgrlaw.com,
kwhigham@kgrlaw.com;cresler@kgrlaw.com
Jessica S Owens     bankruptcy@doylelegal.com
J. Andrew Sawin     ecf@sawinlaw.com,
sawinecf01@gmail.com;ajones@sawinlaw.com;R57099@notify.bestcase.com
Richard John Shea     ecf@sawinlaw.com, R57099@notify.bestcase.com
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov

/s/ Heather M. Crockett
Heather M. Crockett
Deputy Attorney General